**Order entered July 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00962-CV

### IN RE: DARRELL JENKINS, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-51595-QN**

## ORDER

Based on our opinion of today's date, the Court **DENIES** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/      DAVID EVANS
JUSTICE